UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGIE GARCIA, on behalf of herself, individually,
and all other persons similarly situated,

                                            Plaintiff,

Docket No.: 22-cv-01131
(BMC)

      -against-

OBRESTA CORP. d/b/a ANTOJITOS
ECUATORIANOS, and RAMON OBREGON,

                                          Defendants.
-------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS'**
<u>**OFFER OF JUDGMENT**</u>

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff ANGIE GARCIA hereby accepts Defendants' Offer of Judgment dated September 21, 2022, attached hereto as Exhibit A.

Dated: Hauppauge, New York
         September 27, 2022

                                                       LAW OFFICE OF PETER A. ROMERO, PLLC
                                                       *Attorneys for Plaintiff*
                                                       490 Wheeler Road, Suite 250
                                                       Hauppauge, New York 11788
                                                       Tel. (631) 257-5588

                                              By: _____
                                                   MATTHEW J. FARNWORTH, ESQ.

## **CERTIFICATE OF SERVICE**

I, Matthew J. Farnworth, Esq., hereby certify that on this date, September 27, 2022, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated September 21, 2022, was served via ECF and electronic mail to the following:

Pablo Bustos, Esq.
BUSTOS & ASSOCIATES, P.C.
*Attorneys for Defendants*
70 West 40th Street, 8th Floor
New York, New York 10018
Tel.: (212) 796-6256
E: pbustos@bustosassociates.com

_____
MATTHEW J. FARNWORTH, ESQ.