UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGIE GARCIA, on behalf of herself,
individually, and all other persons similarly situated,

                                               Plaintiff,

v.

OBRESTA CORP. d/b/a ANTOJITOS
ECUATORIANOS, and RAMON OBREGON,

                                    Defendants.
-------------------------------------------------------------X

JUDGMENT

22-cv-01131-BMC

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 27, 2022; and Defendants Obresta Corp. d/b/a Antojitos Ecuatorianos ("Obresta Corp.") and Ramon Obregon, having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Angie Garcia in the total amount of Thirty Thousand dollars ($30,000.00), inclusive of all of Plaintiff's claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements, which judgment will be paid within thirty (30) calendar days of the date this Offer of Judgment is filed by Plaintiff with this Court, together with letter of acceptance; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on September 28, 2022, directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants in the amount of $30,000; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Angie Garcia and against Defendants Obresta Corp. d/b/a Antojitos Ecuatorianos ("Obresta Corp.") and Ramon Obregon, in the total amount of Thirty Thousand dollars ($30,000.00), inclusive of all of Plaintiff's claims for relief in this action, damages, liquidated damages, penalties, interest,

employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements, which judgment will be paid within thirty (30) calendar days of the date this Offer of Judgment is filed by Plaintiff with this Court, together with letter of acceptance.

Dated: Brooklyn, New York
   September 30, 2022

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
   Deputy Clerk