Judge Brian M. Cogan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | | |
|---|---|---|
| ANGIE GARCIA | ) | 1:22-cv-01131-BMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| OBRESTA CORP D/BA ANTOJITOS ECUATORIANOS and RAMON OBREGON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

  The Defendant, Ramon Obregon, through his attorney, Pablo E. Bustos, Esq., makes this post-judgment motion to recover a bond.

  This case has been disposed of and is off the Court's calendar.

  As seen in Docket 19 of the instant action, the court imposed sanctions of $2,500.00 and a bond of $2,500.00. As seen in Docket 21 of the instant action, the court received funds in the amount of $5,000.00 to cover the order seen in Docket 19. The sanctions were nonrefundable but the bond was meant to ensure discovery was complied with.

  Defendant states that he has complied with all discovery, there is no outstanding discovery from any party, and that having complied and this matter being disposed of the defendants prays for the court to return his $2,500.00 bond by mailing a check to his attorney Pablo E. Bustos, Esq. made payable to Bustos & Associates, P.C. with a mailing address of 37-53 90th Street, Suite 11, Jackson Heights, NY 11372.

Dated: January 17, 2023
   New York, New York

                     Sincerely,

                     *Pablo Bustos*

                     Pablo E. Bustos, Esq.